UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 18-405 (TJK) |
| ) | |
| U.S. DEPARTMENT OF INTERIOR, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated October 28, 2019, the parties, by and through undersigned counsel, report to the Court as follows.

1. The Complaint in this action was filed under the Freedom of Information Act ("FOIA"). Defendant answered the Complaint on February 22, 2018.

2. This lawsuit involves four FOIA requests directed to the United States Department of Interior ("DOI") as set forth more fully in the Complaint.

3. DOI provided what it considered to be a final response to the FOIA requests on November 14, 2018. On December 13, 2018, counsel for Plaintiff sent counsel for Defendant a list of potential gaps Plaintiff identified in the production.

4. As to the agency's supplemental search with respect to one item on Plaintiff's December 13, 2018 list, the agency has completed an automated search for potentially responsive records for those custodians that have separated from DOI. The parties have agreed to narrow the results of that search, and DOI estimates approximately 3,013 pages of potentially responsive records remain to be processed. The agency is still conducting additional searches for potentially responsive materials for custodians currently with DOI.

5. In addition, since the last status report, Defendant made its ninth interim response on December 2, 2019, which consisted of 411 pages of responsive records. Defendant anticipates that it will make its tenth interim response on or before December 20, 2019.

6. The parties propose that they provide the Court with a further status report on or before February 5, 2020, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

/s/ John R. Mellgren
John R. Mellgren
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Blvd., Ste. 340
Eugene, OR 97401
(541) 359-0990
Email: mellgren@westernlaw.org


Counsel for Plaintiff

AND

JESSIE K. LIU, D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendant