## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILDEARTH GUARDIANS,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR,**<br><br>　　　　Defendant. | Case No. 1:18-cv-00405-TJK<br><br>**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL** |

　　Notice is hereby given to this Court and all parties of record that I, Melissa A. Hornbein, have been authorized to practice *pro hac vice* in this court for the above captioned case, and appear as counsel of record for the Plaintiff in this matter.

　　　　　　　　　　　　　　　　　　Dated this 28th day of January, 2020,

　　　　　　　　　　　　　　　　　　/s/ Melissa A. Hornbein
　　　　　　　　　　　　　　　　　　Melissa A. Hornbein (MT Bar # 9694)
　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　　Western Environmental Law Center
　　　　　　　　　　　　　　　　　　103 Reeder's Alley
　　　　　　　　　　　　　　　　　　Helena, Montana 59601
　　　　　　　　　　　　　　　　　　(406) 708-3058
　　　　　　　　　　　　　　　　　　hornbein@westernlaw.org

　　　　　　　　　　　　　　　　　　/s/ John R. Mellgren
　　　　　　　　　　　　　　　　　　John R. Mellgren (D.D.C. Bar # OR0002)
　　　　　　　　　　　　　　　　　　Western Environmental Law Center
　　　　　　　　　　　　　　　　　　120 Shelton McMurphey Blvd., Ste. 340
　　　　　　　　　　　　　　　　　　Eugene, Oregon 97401
　　　　　　　　　　　　　　　　　　(541) 359-0990
　　　　　　　　　　　　　　　　　　mellgren@westernlaw.org

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

NOTICE OF APPEARANCE　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January, 2020, I electronically filed the foregoing Notice of Appearance via the Court's CM/ECF system which will send notification of such filing to all counsel of record in this matter.

/s/ Melissa A. Hornbein
Melissa A. Hornbein (MT Bar # 9694)
hornbein@westernlaw.org
